# "Exhibit A"

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

**CEDRIC METELLUS,**

    Plaintiff,

v.

**HOME DEPOT U.S.A., INC.,**                         CIVIL DIVISION

    Defendant.                                            CASE NO.:

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **CEDRIC METELLUS**, by and through the undersigned counsel, hereby sues the Defendant, **HOME DEPOT U.S.A., INC.**, and alleges:

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **CEDRIC METELLUS**, was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **HOME DEPOT U.S.A., INC.**, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Miami, Miami-Dade County, Florida.

4. Venue is proper in this County in that the Defendant does business in Miami-Dade County, Florida, and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

5. That on or about June 27, 2019, the Plaintiff, **CEDRIC METELLUS**, was a business invitee of the Defendant, **HOME DEPOT U.S.A., INC.'s** premises located at 2999 Southwest 32nd Avenue, Miami, Florida 33133.

## NEGLIGENCE CLAIM AGAINST HOME DEPOT U.S.A., INC.

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on June 27, 2019, Defendant, **HOME DEPOT U.S.A., INC.**, owned, managed, controlled, operated, and/or maintained the premises located at 2999 Southwest 32nd Avenue, Miami, Florida 33133, in Miami-Dade County.

7. That on or about June 27, 2019, the Plaintiff, **CEDRIC METELLUS**, was lawfully in Defendant, **HOME DEPOT U.S.A., INC.'s** premises, when he tripped and fell.

8. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

    a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing objects such as **metal pipes** and/or other objects on the floor, and to prevent dangerous conditions from occurring; and/or

    b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

    c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

    d. By failing to remove said **metal pipes** or other similar objects from the floor of the premises; and/or

      e.      By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

      f.      Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing **metal pipes** and/or a similar object to be left on the floor of the premises so as to cause the Plaintiff's injury.

    10.    That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

    11.    That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

    12.    As a direct and proximate result of the aforementioned negligence of the Defendant, **HOME DEPOT U.S.A., INC.**, the Plaintiff, **CEDRIC METELLUS**, tripped on a metal pipe and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **CEDRIC METELLUS**, will suffer the losses into the future.

WHEREFORE, Plaintiff, **CEDRIC METELLUS**, hereby demands judgment for damages, costs and interest from the Defendant, **HOME DEPOT U.S.A., INC.**, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **CEDRIC METELLUS,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: August 14, 2020

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000
Fax: (305) 517-3160
Email: ramon@rubensteinlaw.com
ksalazar@rubensteinlaw.com
eservice@rubensteinlaw.com

By: /s/ Ramon Crego
**Ramon Crego**
Florida Bar No.: 91379